# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 07CR3435JM |
| ) | Magistrate Case No.:07MJ2821-RBB |
| Plaintiff, ) | |
| vs. ) | |
| Carlos Lopez-Martinez ) | **ORDER TO EXONERATE BOND** |
| Defendant. ) | |

IT IS HEREBY ORDERED that the personal surety bond of $5000.00 which secured the presence of the Material Witness, Maria Hernandez Juarez be exonerated forthwith, and the cash deposit of $500.00 to be returned to the surety at the following address;

Alfonso Amuzcua Ochoa

1433 James M. Wood Blvd.

Los Angeles, CA 90015

Date: January 22, 2008

_____

Judge Ruben B. Brooks
United States Magistrate Judge

Order to Exonerate Bond

1